UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Thomas Rao,

        Plaintiff,

v.

St. Jude Medical S.C., Inc., a Minnesota corporation; and Abbott Laboratories, an Illinois corporation,

        Defendants,

AND

St. Jude Medical S.C., Inc.,

        Counterclaim Plaintiff,

v.

Thomas Rao,

        Counterclaim Defendant.

Case No. 0:19-cv-00923-DTS

## PLAINTIFF'S REVISED PROPOSED BREACH OF CONTRACT CLAIM INSTRUCTION ON PRIOR BREACH

**INSTRUCTION NO. \_\_\_\_\_**

*Plaintiff's Proposal:*

### PLAINTIFF THOMAS RAO'S BREACH OF CONTRACT CLAIM
### PRIOR BREACH[28]

*If you find in favor of the plaintiff under Instruction _____, the defendants' prior breach precludes the defendants from using any later breach by the plaintiff to enforce the employment agreement's non-competition provision.*

*Defendants' Proposal:*[29]

---

[28] *See W. Nat'l Mut. Ins. Co. v. Prospect Foundry*, 2018 WL 1787687, at *2 (Minn. Ct. App. Apr. 16, 2018) ("Generally, a party who first breaches a contract cannot use the other party's later breach to avoid liability.") (citing *Space Ctr., Inc. v. 451 Corp.*, 298 N.W.2d 443, 451 (Minn. 1980)); *Rao v. St. Jude Medical S.C., Inc.*, 631 F. Supp. 3d 678, 706 (D. Minn. 2022) (citing *Webb Pub. Co. v. Fosshage*, 426 N.W.2d 445, 449 (Minn. Ct. App. 1988); *Edin v. Josten's, Inc.*, 343 N.W.2d 691, 694 (Minn. Ct. App. 1984) (citing *Rao v. Rao*, 718 F2d 219 (7th Cir. 1983)). Plaintiff's position is that this instruction is consistent with the law.

[29] Plaintiff understands that Defendants will be drafting a counterpoint to Plaintiff's instruction.

Dated: October 10, 2023  **NICHOLS KASTER, PLLP**

*/s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069
Kayla M. Kienzle, MN Bar No. 0399975
4700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200
fisher@nka.com
kkienzle@nka.com

ATTORNEYS FOR PLAINTIFF