UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas Rao,

    Plaintiff,

v.

St. Jude Medical S.C., Inc., and
Abbott Laboratories,

    Defendants,

AND

St. Jude Medical S.C., Inc.,

    Counterclaim Plaintiff,

v.

Thomas Rao,

    Counterclaim Defendant.

Case No.: 19-cv-923 (DTS)

**VERDICT FORM 1**

# Plaintiff's Breach of Contract Claim

1.    On the breach of contract claim brought by Plaintiff Thomas Rao against the Defendants Abbott/St. Jude, we find in favor of:

_____PLAINTIFF THOMAS RAO_____.

(Plaintiff Thomas Rao)    **OR**    (Defendants Abbott/ St. Jude)

**INSTRUCTION:**    **Complete Question 2 only if your finding on Question 1 was in favor of the Plaintiff Thomas Rao. If your finding was in favor of Defendants Abbott/St. Jude, do not answer Question 2 but proceed to Verdict Form 2.**

2.    Was Abbott/St. Jude's breach of the Employment Agreement by terminating Plaintiff Thomas Rao without cause, a material breach?

☐    Yes

☒    No

## VERDICT FORM 2

# Plaintiff's Retaliation Claim

On the retaliation claim brought by Plaintiff Thomas Rao against the Defendants Abbott/St. Jude, we find in favor of:

_PLAINTIFF THOMAS RAO_ .

(Plaintiff Thomas Rao)   **OR**   (Defendants Abbott/ St. Jude)

## VERDICT FORM 3

# Plaintiff's Age Discrimination Claim

On the age discrimination claim brought by Plaintiff Thomas Rao against the Defendants Abbott/St. Jude, we find in favor of:

*DEFENDANTS ABBOTT /ST. JUDE*

(Plaintiff Thomas Rao)    **OR**    (Defendants Abbott/ St. Jude)

3

## VERDICT FORM 4

# Defendant's Breach of Contract Claim

**INSTRUCTION:** Complete this form ONLY if you found in favor of Abbott/St. Jude on Verdict Form 1 Question 1 or, if you found in favor of Thomas Rao on Verdict Form 1 Question 1, but answered "No" to Question 2 on Verdict Form 1.

On the breach of contract claim brought by Defendants Abbott/St. Jude against Plaintiff Thomas Rao, we find in favor of:

_____ PLAINTIFF THOMAS RAO _____.
(Plaintiff Thomas Rao)     **OR**     (Defendants Abbott/ St. Jude)

4

## VERDICT FORM 5

# Plaintiff's Damages

**INSTRUCTION:** Complete Question 1 ONLY if your finding on Verdict Form 1, 2, or 3 is in favor of Thomas Rao.

1. We find Plaintiff's lost wages and benefits through July 8, 2020, to be:

$ _39,030.00_

**INSTRUCTION:** Complete Question 2 ONLY if your finding on Verdict Form 2 or 3 is in favor of Thomas Rao.

2. We find Plaintiff's other damages, excluding lost wages and benefits to be:

$ _0.00_ .

# Defendants' Damages

**INSTRUCTION:** Complete Question 3 ONLY if your finding on Verdict Form 4 is in favor of Abbott/St. Jude.

3. What amount of money will fairly and adequately compensate defendants Abbott/St. Jude for the damages caused by Thomas Rao's breach of the Employment Agreement's non-competition provision?

$ _0.00_ /N/A

Date: _10/19/2023_

5