# UNITED STATES DISTRICT COURT

## District of Minnesota

Thomas Rao

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 19-cv-923 (DTS)

St. Jude Medical S.C., Inc. et al.,

Defendant(s).

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Breach of Contract Claim decided for Plaintiff Thomas Rao.
2. Plaintiff's Retaliation Claim decided for Plaintiff Thomas Rao.
3. Plaintiff's Age Discrimination Claim decided for Defendants St. Jude Medical and Abbott Laboratories.
4. Defendants' Breach of Contract Claim decided for Plaintiff Thomas Rao.
5. According to the jury's verdict, Thomas Rao shall recover from Defendants the sum of $39,030.00

Dated: 10/19/23

s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge

Date: 10/24/2023

KATE M. FOGARTY, CLERK